```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1-30-09
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
Larry E. Richards, *on behalf of himself and all others similarly situated*,

              Plaintiff,

    -against-

AXA Equitable Life Insurance Company, *f/n/a Equitable Variable Life Insurance Company*,

              Defendant.
------------------------------------------------------------X

06 Civ. 3744 (PAC)
ORDER OF DISMISSAL

       HONORABLE PAUL A. CROTTY, United States District Judge:

       In light of the Court's Memo-Endorsement dated December 5, 2008 (document # 42), it is,

       ORDERED, that the above-entitled action be and hereby is **DISMISSED**. The Court will sign a Stipulation of Settlement upon receipt from either party. The Clerk of Court is directed to terminate this case.

Dated: New York, New York
         January 30, 2009

                                      SO ORDERED

                                      */s/ Paul A. Crotty*
                                      PAUL A. CROTTY
                                      United States District Judge